SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Electronic mail:     nsmith@sheppardmullin.com
                     dschnapf@sheppardmullin.com

Attorneys for NOVA MEASURING
INSTRUMENTS, LTD. and NOVA MEASURING
INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOMETRICS INCORPORATED<br><br>                    Plaintiff,<br><br>        v.<br><br>NOVA MEASURING INSTRUMENTS,<br>LTD. and NOVA MEASURING<br>INSTRUMENTS, INC.,<br><br>                    Defendants. | Case No. C06-02252 WDB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME TO<br>RESPOND TO COMPLAINT**<br><br>Honorable Wayne D. Brazil<br>United States Magistrate Judge |

## STIPULATION

WHEREAS THE PARTIES HAVE AGREED through their counsel that defendants NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC., (collectively "Nova") shall be deemed to have been served with the Complaint in this action effective April 7, 2006, on condition that the Court grants Nova 45 days to Answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED THAT Nova shall have 45 days, through and including Monday, May 22, 2006, to Answer or otherwise respond to the Complaint.

SO STIPULATED.

DATED: April 24, 2006

                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By     /s/David Schnapf
                     NEIL A. SMITH
                     DAVID SCHNAPF

                Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

DATED: April 24, 2006

                        MOUNT & STOELKER, P.C.

            By    /s/Alfredo A. Bismonte
                      ALFREDO A. BISMONTE
                      RON C. FINLEY
                      BOBBIE N. S. EFTEKAR

                      Attorneys for NANOMETRICS INCORPORATED

**SIGNATURE ATTESTATION**

As the attorney e-filing this document, I hereby attest that opposing counsel (Mount & Stoelker) has concurred in this filing.

Respectfully submitted:

DATED: April 24, 2006

                      SHEPPARD MULLIN RICHTER & HAMPTON LLP

            By    /s/David Schnapf
                      NEIL A. SMITH
                      DAVID SCHNAPF

                      Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

## ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

IT IS HEREBY ORDERED THAT NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC. shall have through and including Monday, May 22, 2006, to Answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: __4-25-06__          _/s/ Wayne D. Brazil_
                            The Honorable Wayne D. Brazil
                            United States Magistrate Judge