SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Electronic mail:    nsmith@sheppardmullin.com
                    dschnapf@sheppardmullin.com

Attorneys for NOVA MEASURING
INSTRUMENTS, LTD. and NOVA MEASURING
INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOMETRICS INCORPORATED | Case No. C06-02252 SBA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE DEFENDANTS' AMENDED ANSWER AND COUNTERCLAIM AND PLAINTIFF'S RESPONSE THERETO** |
| NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC., | |
| Defendants. | Honorable Saundra Brown Armstrong United States District Judge |
| AND RELATED COUNTERCLAIM | |

-1-

W02-C:\Documents and Settings\5wr\Desktop\NovaStip&order.DOC
Case No. C06-02252 SBA

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' AMENDED ANSWER AND COUNTERCLAIM AND PLAINTIFF'S RESPONSE THERETO

**STIPULATION**

WHEREAS THE PARTIES HAVE AGREED through their counsel that defendants NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC., (collectively "Nova") shall have through and including June 8, 2006 to file an Amended Answer and Counterclaim, and that plaintiff NANOMETRICS INCORPORATED ("Nanometrics") shall have 20 days from the date of Nova's filing of an amended Answer and Counterclaim to Answer or otherwise respond to Nova's Counterclaim;

IT IS HEREBY STIPULATED THAT Nova shall have through and including June 8, 2006 to file an Amended Answer and Counterclaim in this action, and that Nanometrics shall have through and including 20 days from the date of Nova's filing of an amended Answer and Counterclaim to Answer or otherwise respond to Nova's Counterclaim.

Respectfully submitted:

DATED:  June 5, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    /s/David Schnapf
NEIL A. SMITH
DAVID SCHNAPF

Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

MOUNT & STOELKER, P.C.

By    /s/Jeremy M. Duggan
DANIEL S. MOUNT
RON C. FINLEY
JEREMY M. DUGGAN

Attorneys for NANOMETRICS INCORPORATED

**SIGNATURE ATTESTATION**

As the attorney e-filing this document, I hereby attest that opposing counsel (Mount & Stoelker) has concurred in this filing.

Respectfully submitted:

DATED:  June 5, 2006

                                                SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                      By      /s/David Schnapf
                                                    NEIL A. SMITH
                                                    DAVID SCHNAPF

                        Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

## ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

IT IS HEREBY ORDERED THAT defendants NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC. (collectively "Nova") shall have through and including June 8, 2006 to file an Amended Answer and Counterclaim in this action, and that plaintiff NANOMETRICS INCORPORATED shall have through and including 20 days from the date of Nova's filing of an Amended Answer and Counterclaim to Answer or otherwise respond to Nova's Counterclaim.

**IT IS SO ORDERED.**

Dated: 6/12/06_____        _____
                                                                           Honorable Saundra Brown Armstrong
                                                                                United States District Judge

W02-C:\Documents and
Settings\5wr\Desktop\NovaStip&order.DOC
Case No. C06-02252 SBA

-4-
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' AMENDED
ANSWER AND COUNTERCLAIM AND PLAINTIFF'S RESPONSE
THERETO