SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:      415-434-9100
Facsimile:      415-434-3947
Electronic mail:      nsmith@sheppardmullin.com
                     dschnapf@sheppardmullin.com


Attorneys for NOVA MEASURING
INSTRUMENTS, LTD. and NOVA MEASURING
INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOMETRICS INCORPORATED,<br><br>                    Plaintiff,<br><br>        v.<br><br>NOVA MEASURING INSTRUMENTS,<br>LTD. and NOVA MEASURING<br>INSTRUMENTS, INC.,<br><br>                    Defendants.<br><hr><br>AND RELATED COUNTERCLAIM | Case No. C06-02252 SBA<br><br>**ORDER *RE* NANOMETRICS' MOTION<br>TO STRIKE DEFENSES,<br>ALLEGATIONS, AND PRAYERS FOR<br>RELIEF FROM NOVA'S FIRST<br>AMENDED ANSWER AND<br>COUNTERCLAIM**<br><br>Honorable Saundra Brown Armstrong<br>United States District Judge |

-1-

The Court having considered Nanometrics Incorporated's "MOTION TO STRIKE DEFENSES, ALLEGATIONS, AND PRAYERS FOR RELIEF FROM NOVA'S FIRST AMENDED ANSWER AND COUNTERCLAIM," including all papers and arguments submitted in connection therewith, Orders as follows:

1.     IT IS HEREBY ORDERED THAT Nanometrics Incorporated's Motion to Strike Defenses, Allegations, and Prayers for Relief from Nova's First Amended Answer and Counterclaim IS DENIED, because:  1) Nova's invalidity allegations provide fair notice to Nanometrics of their basis, and any further detail must be obtained through the mechanisms set forth in the Patent Local Rules; and 2) Nova's inequitable conduct allegations have been pled with the requisite particularity.

IT IS SO ORDERED.


Dated: 9/14/06                                _____
                                              Honorable Saundra Brown Armstrong



Respectfully submitted:
DATED:  August 29, 2006


                              SHEPPARD MULLIN RICHTER & HAMPTON LLP


                              By     /s/David Schnapf
                                          DAVID SCHNAPF

                              Attorneys for NOVA MEASURING INSTRUMENTS,
                                LTD. and NOVA MEASURING INSTRUMENTS,
                                INC.