Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiff and Counterdefendant
Nanometrics, Inc.

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOMETRICS, INC. | Case No. 4:06-CV-02252 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF LEGAL COUNSEL FOR NANOMETRICS, INC. |
| NOVA MEASURING INSTRUMENTS LTD., and NOVA MEASURING INSTRUMENTS, INC. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

The current counsel of record on behalf of Nanometrics, Inc. is Mount & Stoelker, PC.

Nanometrics, Inc. and Mount & Stoelker, PC have reached an agreement wherein Mount & Stoelker, PC will substitute out as counsel of record to be replaced by Beck, Ross, Bismonte & Finley, LLP.

Beck, Ross, Bismonte & Finley, LLP's contact information is as follows:

    Beck, Ross, Bismonte & Finley, LLP
    Fairmont Plaza
    50 West San Fernando Street, Suite 1300
    San Jose, CA 95113
    Tel: (408) 938-7900
    Fax: (408) 938-0790

Accordingly, Nanometrics, Inc., Mount & Stoelker, PC and Beck, Ross, Bismonte & Finley, LLP stipulate that Mount & Stoelker, PC is substituted out as counsel of record to be replaced by Beck, Ross, Bismonte & Finley, LLP who represents Nanometrics, Inc. as its new counsel of record.

Nanometrics, Inc.

Dated: October 3, 2006

By: /s/
John Heaton
President and CEO

Mount & Stoelker, PC

Dated: October 3, 2006

By: 
Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.

Beck, Ross, Bismonte & Finley, LLP

Dated: October 2, 2006

By: /s/
Ron C. Finley, Esq.

I hereby attend that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: October 2, 2006

/s/
Ron C. Finley

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10-4-__, 2006

The Honorable Saundra Brown Armstrong
United States District Court Judge

Stipulation and Order For Substitution of Legal Counsel - 2
Case No. C-05-00986 MMC