SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Electronic mail:       nsmith@sheppardmullin.com
                       dschnapf@sheppardmullin.com
                       nbruno@smrh.com

Attorneys for NOVA MEASURING
INSTRUMENTS, LTD. and NOVA MEASURING
INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOMETRICS INCORPORATED | Case No. C06-02252 SBA |
| Plaintiff, | |
| v. | **STIPULATION AND  ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC., | Honorable Saundra Brown Armstrong United States District Judge |
| Defendants. | |
| | [CIVIL L.R. 7-12] |
| AND RELATED COUNTERCLAIM | |

**STIPULATION**

WHEREAS THE PARTIES HAVE AGREED through their counsel that the Case Management Conference currently set for November 15, 2006 should be continued until the proposed date of December 7, 2006 (or such other date as set by the Court) to allow the parties time to complete their pre-Conference obligations, and that the date for filing a Joint Case Management Conference Statement should also be continued until 10 days prior to the new Conference date;

WHEREFORE, PURSUANT TO LOCAL RULE 7-12, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED THAT this Court continue the Case Management Conference until December 7, 2006 (or such other date as set by the Court), and the parties shall file their Joint Case Management Conference Statement no later than ten days in advance of the new Conference date, and all other associated deadlines shall be calendared based on the new Case Management Conference date.

Respectfully submitted:
DATED:  October 30, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By    /s/Nathaniel Bruno
NEIL A. SMITH
DAVID SCHNAPF
NATHANIEL BRUNO

Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

Respectfully submitted:
DATED: October 30, 2006

                                BECK, ROSS, BISMONTE, & FINLEY, LLP


                        By      /s/Craig Alan Hansen
                                  RON C. FINLEY
                               CRAIG ALAN HANSEN
                               JEREMY M. DUGGAN

                        Attorneys for NANOMETRICS INCORPORATED


## **SIGNATURE ATTESTATION**

       As the attorney e-filing this document, I hereby attest that opposing counsel (Beck, Ross, Bismonte & Finley, LLP) has concurred in this filing.


Respectfully submitted:
DATED: October 30, 2006

                              SHEPPARD MULLIN RICHTER & HAMPTON LLP


                        By      /s/Nathaniel Bruno
                                  NEIL A. SMITH
                                  DAVID SCHNAPF
                                  NATHANIEL BRUNO

                        Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

**ORDER**

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

IT IS HEREBY ORDERED THAT the Case Management Conference currently set for November 15, 2006 at 4:00 p.m. be continued to the date of December 7, 2006 at 2:45 p.m., via telephone. Plaintiff's counsel shall initiate the conference call for the Conference at that time by getting all parties on the line and contacting chambers at (510) 637-3559. Counsel for the parties shall submit a Joint Case Management Conference Statement by no later ten days in advance of the Case Management Conference, and all other associated deadlines shall be calendared based on the new Case Management Conference date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _10/31/06_____

_____
Honorable Saundra Brown Armstrong
United States District Judge