Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
rfinley@beckross.com
abismonte@beckross.com
jduggan@beckross.com

Attorneys for Plaintiff and Counterdefendant
Nanometrics, Inc.

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOMETRICS, INC. | **Case No. C 06-CV-02252 SBA** |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER** |
| NOVA MEASURING INSTRUMENTS LTD., and NOVA MEASURING INSTRUMENTS, INC. | |
| Defendants. | **Hon. Saundra B. Armstrong** |
| AND RELATED COUNTERCLAIMS. | |

The Court has currently scheduled a deadline for Early Neutral Evaluation ("ENE") of March 6, 2007. Pursuant to Civil Local Rule 6-2 and in light of the fact that the discovery cut-off date is imminent in case C-05-00986 MMC (BZ), which is pending in the District Court of Northern District of California and involves the same parties and same counsels, and at the request of the Court assigned Early Neutral Evaluator, Mr. Claude M. Stern, and consistent with the guidance of the ADR administrator to this case, the parties to the above-entitled action hereby jointly stipulate that the deadline for ENE be extended to April 20, 2007 and request that the Court enter an order accordingly.

No previous request for extension for ENE has been made or requested.

By his signature below, Counsel for Nanometrics attests that Counsel for Nova has concurred in this filing.

                                        Beck, Ross, Bismonte & Finley, LLP

Dated: February 23, 2007                By: /s/
                                        Alfredo A. Bismonte, Esq.
                                        Attorneys for Plaintiff and Counterdefendant
                                        Nanometrics Incorporated


                                        Sheppard Mullin Richter & Hamilton LLP

Dated: February 23, 2007                By: /s/
                                        Nathaniel P. Bruno, Esq.
                                        Attorneys for Defendants and Counterclaimants
                                        Nova Measuring Instruments Ltd., and Nova
                                        Measuring Instruments, Inc.

## ORDER

The deadline for Early Neutral Evaluation is hereby extended to April 20, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/26, 2007                          By: *Sandra B. Armstrong*
                                          The Honorable Sandra Brown Armstrong
                                          United States District Court Judge

# PROOF OF SERVICE

I am a citizen of the United States. My business address is Fairmont Plaza, 50 W. San Fernando St., 1300, San Jose, California 95113. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the following document(s):

**STIPULATION TO EXTEND DEADLINE FOR EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Claude M. Stern
ENE Evaluator
Quinn, Emanuel, Urquhart, Oliver & Hedge
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepared to be delivered to a Federal Express overnight pickup at San Jose, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 23, 2007.

DIANE ROSENBAUM