SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MAURICIO A. FLORES, Cal. Bar No. 93304
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118

Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Electronic mail:   nsmith@sheppardmullin.com
                    nbruno@sheppardmullin.com

Attorneys for Defendants, Nova Measuring Instruments Ltd. and Nova Measuring Instruments, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NANOMETRICS INCORPORATED,<br><br>            Plaintiff,<br><br>   v.<br><br>NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM(S) | Case No. C06-02252 SBA<br><br>[PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS |

Pursuant to the stipulation of the parties, all claims and counterclaims in the above-captioned matter are dismissed without prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated: April __13__, 2007

By _____
Judge Saundra Brown Armstrong
United States District Court for the
Northern District of California

-1-

W02-WEST:6MAF1\400268347.2
Case No. :C06-02252 SBA

ORDER